# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE COMPLAINT OF FUNK AND GLAVES-FUNK FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY | Case No. 21-cv-1046-MMA (RBB)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER (1) APPROVING STIPULATION FOR VALUE AND COSTS AND LETTER OF UNDERTAKING; (2) DIRECTING MONITION TO ISSUE AND RESTRAINING ALL SUITS; AND (3) DIRECTING EXECUTION OF MONITION AND PUBLICATION OF NOTICE**<br><br>[Doc. No. 2] |

Plaintiffs-in-Limitation Harry Funk and Laura Glaves-Funk (collectively, "Plaintiffs-in-Limitation"), owners of the motor vessel "Sea Tiger," a 1973 50' Tollycraft bearing Official No. 1074456, and her engines, tackle, appurtenances, etc. ("Vessel") filed a Complaint on June 2, 2021. *See* Doc. No. 1. Plaintiffs-in-Limitation seek exoneration from, or limitation of, liability under the Limitation of Liability Act ("Act"), 46 U.S.C. §§ 30501–30512, for all claims arising out of, resulting from, or in any way

connected with a fire on the Vessel on March 15, 2021 (the "Incident") in Oceanside Harbor in Oceanside, California. *See id.* ¶¶ 1, 6. Plaintiffs-in-Limitation state that their interest in the Vessel after the Incident is $22,940.00. *See id.* ¶¶ 26–27; *see also* Doc. No. 3 at 1.[1] Plaintiffs-in-Limitation have filed an ex parte application for (1) an order approving stipulation for value and costs and letter of undertaking, (2) an order directing monition to issue and restraining all suits, and (3) an order directing execution of monition and publication of notice. *See* Doc. No. 2. Plaintiffs-in-Limitation have also filed a stipulation for value and costs and letter of undertaking in the amount of $22,940.00 plus interest at the rate of 6% per annum on the sum and $500.00 for costs. *See* Doc. No. 3 at 2. The Court **GRANTS** the ex parte application.

**IT IS HEREBY ORDERED** that Plaintiffs-in-Limitation's Stipulation for Value and Costs and Letter of Undertaking are approved.

**IT IS FURTHER ORDERED** that pursuant to Supplemental Rules F(4) and F(5), that a monition to issue out of and under the seal of this Court to all individuals and entities asserting any claim with respect to which the Complaint seeks exoneration from, or limitation of, liability, admonishing them to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court at the United States Courthouse and to serve a copy thereof on the attorneys for Plaintiffs-in-Limitation, Neil S. Lerner and F. Maxwell Williamson of Cox, Wootton, Lerner, Griffin & Hansen, LLP, 12011 San Vicente Blvd., Suite 600, Los Angeles, California 90049, on or before <u>30 days after the filing of this Order</u>, or be deemed in contumacy and default.

**IT IS FURTHER ORDERED** that pursuant to Section 30511(c) of the Act and Supplemental Rule F(3), that the commencement and further prosecution of any claims, actions, or proceedings against Plaintiffs-in-Limitation or their property related to the claims with respect to which the Complaint seeks exoneration from, or limitation of,

---

[1] All citations to electronically filed documents refer to the pagination assigned by the CM/ECF system.

liability, are stayed and restrained until the hearing and final determination of this proceeding.

**IT IS FURTHER ORDERED** that Plaintiffs-in-Limitation must, pursuant to Supplemental Rules F(4) and F(5), notify and admonish all individuals and entities asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court, on or before <u>30 days after the filing of this Order</u>, or be deemed in contumacy and default.

**IT IS FURTHER ORDERED** that Plaintiffs-in-Limitation must, pursuant to Supplemental Rule F(4) and CivLR 83.7, publish, or cause to be published, in the *San Diego Daily Transcript* a notice substantially in the form as the Notice of Complaint in Admiralty for Exoneration from, or Limitation of, Liability and include the date fixed above for the filing of claims and answers once in each week for four (4) successive weeks prior to said date.

**IT IS FURTHER ORDERED** that Plaintiffs-in-Limitation must, pursuant to Rule F(4) of the Supplemental Rules and not later than the date of the second publication, mail the aforementioned notice to every individual and entity known to be asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability.

**IT IS FURTHER ORDERED** that the publication and mailing of the notice as ordered herein shall constitute due notice to all individuals and entities asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability.

**IT IS SO ORDERED**.

Dated: June 14, 2021

Hon. Michael M. Anello
United States District Judge